UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.: 04 10232WGY

| | |
|---|---|
| JAMES KEHOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MI-JACK PRODUCTS, INC. and | ) |
| FANTUZZI REGGIANE | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF APPEARANCE**

Please enter the appearance of James P. Donohue, Jr. of Sloane and Walsh, LLP on behalf of the defendant, Mi-Jack Products, Inc.

                              Respectfully submitted,
                              The Defendant,
                              MI-JACK PRODUCTS, INC.
                              By its attorney,

                              James P. Donohue, Jr., BBO # 555946
                              SLOANE AND WALSH, LLP
                              Three Center Plaza
                              Boston, MA 02108
Dated: March 15, 2004              (617) 523-6010

## CERTIFICATE OF SERVICE

I, James P. Donohue, Jr., counsel for the defendant, do hereby certify that on this 15 day of March, 2004, I caused the within document(s) to be served on all parties of interest by mailing a copy of same, postage prepaid, first class mail to the following:

John P. LeGrand
JOHN P. LEGRAND & ASSOCIATES, P.C.
375 Broadway
Suite 2
Somerville, MA  02145

_____
James P. Donohue, Jr.