UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.: 04 10232WGY

| | |
|---|---|
| JAMES KEHOE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| MI-JACK PRODUCTS, INC. and FANTUZZI REGGIANE | ) ) ) |
| Defendants. | ) |

**CORPORATE DISCLOSURE STATEMENT
PURSUANT TO LOCAL RULE 7.3**

Pursuant to Local Rule 7.3(A), the defendant, MI-Jack Products, Inc.'s parent corporation is Lanco International, Inc. No other publicly held company owns 10% or more of the defendant's stock.

> For the Defendant,
> MI-JACK PRODUCTS, INC.
> By its attorney,
>
> _____
> James P. Donohue, Jr., BBO # 555946
> SLOANE AND WALSH, LLP
> Three Center Plaza
> Boston, MA 02108
> (617) 523-6010

Dated: March 15, 2004

## CERTIFICATE OF SERVICE

I, James P. Donohue, Jr., counsel for the defendant, do hereby certify that on this 15 day of March, 2004, I caused the within document(s) to be served on all parties of interest by mailing a copy of same, postage prepaid, first class mail to the following:

John P. LeGrand
JOHN P. LEGRAND & ASSOCIATES, P.C.
375 Broadway
Suite 2
Somerville, MA  02145

_____
James P. Donohue, Jr.