# UNITED STATES DISTRICT COURT

_____ District of _____
MASSACHUSETTS

JAMES KEHOE
Plaintiff

V.

MI-JACK PRODUCTS, INC.
AND FANTUZZI REGGIANE
Defendants

SUMMONS IN A CIVIL CASE

CASE NUMBER:

# 04 10232 WGY

TO: (Name and address of Defendant)

Agent or Authorized Representative of:
Mi-Jack Products, Inc.
3111 W. 167th Street
Hazel Crest, Illinois  60429

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John P. LeGrand, Esquire
JOHN P. LEGRAND & ASSOCIATES, PC
375 Broadway, Suite 2
Somerville, MASSACHUSETTS 02145
(617) 623-3001

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
_____
CLERK

DATE 2-3-04

(By) DEPUTY CLERK

SHERIFF'S OFFICE OF COOK COUNTY, ILLINOIS   DISTRICT 169

SHERIFF'S NUMBER 012972-001D   CASE NUMBER 0410232WGY   DEPUTY: _____

FILED DT 02-03-2004   RECEIVED DT 02-19-2004   DIE DT 03-02-2004   MULTIPLE SERVICE   1
DEFENDANT                                      ATTORNEY
MI-JACK PRODUCTS INC                           JOHN P LEGRAND
3111 W 167TH                                   375 BROADWAY
HAZELCREST IL. 60429                           SOMERVILLE MA. 00000

PLAINTIFF JAMES KEHOE

SERVICE INFORMATION: LR C/O ANY AUTHORIZED AGENT US DIST CT OF MA

*********************************************************************************
(A)   I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:

.....1 PERSONAL SERVICE: BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE NAMED DEFENDANT PERSONALLY.
.....2 SUBSTITUTE SERVICE: BY LEAVING A COPY OF THE SUMMONS AND A COPY OF THE COMPLAINT AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH SOME PERSON OF THE FAMILY OR A PERSON RESIDING THERE, OF THE AGE OF 13 YEARS OR UPWARDS, AND INFORMING THAT PERSON OF THE CONTENTS THEREOF. ALSO, A COPY OF THE SUMMONS WAS MAILED ON THE _____ DAY OF _____ 20___, IN A SEALED ENVELOPE WITH POSTAGE FULLY PREPAID, ADDRESSED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE. SAID PARTY REFUSED NAME _____
.....3 SERVICE ON: CORPORATION  COMPANY   BUSINESS   PARTNERSHIP
BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT (OR INTERROGATORIES) WITH THE REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT.
.....4 CERTIFIED MAIL _____

(B)   MICHAEL F. SHEAHAN, SHERIFF, BY: _____, DEPUTY
  1   SEX F M/F   RACE W   AGE 45
  2   NAME OF DEFENDANT MI-JACK PRODUCTS INC
      WRIT SERVED ON _____ CINDY BUHLE Agt
      THIS 25 DAY OF FEB, 20 04 TIME 9:05 A.M./P.M.
      ADDITIONAL REMARKS _____

*********************************************************************************
THE NAMED DEFENDANT WAS NOT SERVED.
  TYPE OF BLDG FACTORY                        ATTEMPTED SERVICES
  NEIGHBORS NAME _____                      DATE        TIME A.M./P.M.
      ADDRESS _____                         _____       __:__ ___

          REASON NOT SERVED:
                      ___07 EMPLOYER REFUSAL  _____       __:__ ___
  ___01 MOVED         ___08 RETURNED BY ATTY
  ___02 NO CONTACT    ___09 DECEASED          _____       __:__ ___
  ___03 EMPTY LOT     ___10 BLDG DEMOLISHED
  ___04 NOT LISTED    ___11 NO REGISTERED AGT. _____      __:__ ___
  ___05 WRONG ADDRESS ___12 OTHER REASONS
  ___06 NO SUCH ADDRESS ___13 OUT OF COUNTY   _____       __:__ ___

                                              _____       __:__ ___

FEE   .00   MILEAGE   .00   TOTAL   .00
                                                                SG18