AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

JAMES KEHOE
    Plaintiff

V.

MI-JACK PRODUCTS, INC.
AND FANTUZZI REGGIANE
    Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## 04 10232 WGY

TO: (Name and address of Defendant)
Agent or Authorized Representative of:
Mi-Jack Products, Inc.
3111 W. 167th Street
Hazel Crest, Illinois  60429

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John P. LeGrand, Esquire
JOHN P. LEGRAND & ASSOCIATES, PC
375 Broadway, Suite 2
Somerville, MASSACHUSETTS 02145
(617) 623-3001

```
00021-1.2.1 02/19/04 11:41
 1 FOREIGN WRIT         23.00
 1 MILEAGE               9.60
REF SHERIFF # 012972
CASE TOTAL              32.60 *
                        32.60 TL
CHECK 1                 32.60
CASHIER: NICOLE
```

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE  2-3-04



TYPE LAW       SHERIFF'S OFFICE OF COOK COUNTY, ILLINOIS    DISTRICT 169

SHERIFF'S NUMBER 012972-001D  CASE NUMBER 0410232WGY   DEPUTY: NWYONA2708

FILED DT 02-03-2004  RECEIVED DT 02-19-2004  DIE DT 03-02-2004 MULTIPLE SERVICE  1
   DEFENDANT                                   ATTORNEY
MI-JACK PRODUCTS INC                           JOHN P LEGRAND
3111 W 167TH                                   375 BROADWAY
HAZELCREST IL. 60429                           SOMERVILLE MA. 00000

PLAINTIFF JAMES KEHOE

SERVICE INFORMATION: LR C/O ANY AUTHORIZED AGENT US DIST CT OF MA    **FOREIGN**

************************************************************************
(A)  I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:

.....1 PERSONAL SERVICE: BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE
       NAMED DEFENDANT PERSONALLY.
.....2 SUBSTITUTE SERVICE: BY LEAVING A COPY OF THE SUMMONS AND A COPY OF THE
       COMPLAINT AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH SOME PERSON OF THE
       FAMILY OR A PERSON RESIDING THERE, OF THE AGE OF 13 YEARS OR UPWARDS, AND
       INFORMING THAT PERSON OF THE CONTENTS THEREOF. ALSO, A COPY OF THE SUMMONS
       WAS MAILED ON THE _____ DAY OF _____ 20___, IN A SEALED ENVELOPE
       WITH POSTAGE FULLY PREPAID, ADDRESSED TO THE DEFENDANT AT HIS OR HER USUAL
       PLACE OF ABODE. SAID PARTY REFUSED NAME
.....3 SERVICE ON: **CORPORATION**  COMPANY   BUSINESS   PARTNERSHIP
       BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT (OR INTERROGATORIES) WITH THE
       REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT.
.....4 CERTIFIED MAIL _____

(B)  MICHAEL F. SHEAHAN, SHERIFF, BY: _NWYder 2708_____, DEPUTY
   1 SEX _F_ M/F   RACE _W_   AGE _45_
   2 NAME OF DEFENDANT MI-JACK PRODUCTS INC
      WRIT SERVED ON _____ CINDY BUHLE Agt
      THIS _25_ DAY OF _FEB_, 20_04_ TIME _9:05_ (A.M.)/P.M.
   ADDITIONAL REMARKS _____

************************************************************************
   THE NAMED DEFENDANT WAS NOT SERVED.
   TYPE OF BLDG _FACTORY_                    ATTEMPTED SERVICES
   NEIGHBORS NAME _____          DATE       TIME A.M./P.M.
      ADDRESS _____        _____   ___:___  ___

         REASON NOT SERVED:
                          07 EMPLOYER REFUSAL
   01 MOVED               08 RETURNED BY ATTY
   02 NO CONTACT          09 DECEASED
   03 EMPTY LOT           10 BLDG DEMOLISHED
   04 NOT LISTED          11 NO REGISTERED AGT.
   05 WRONG ADDRESS       12 OTHER REASONS
   06 NO SUCH ADDRESS     13 OUT OF COUNTY

FEE  .00  MILEAGE  .00  TOTAL  .00