UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.:04-10232WGY

JAMES KEHOE
    Plaintiff

V.

MI-JACK PRODUCTS, INC., ET AL
    Defendants

AFFIDAVIT OF CLARENCE V. LABONTE III, ESQUIRE PURSUANT
TO LOCAL RULE 37.1 AND LOCAL RULE 7.1(A)(2)

I, Clarence V. LaBonte III, hereby state under the pains and

penalties of perjury :

1. I am an attorney practicing with the law firm of John P. LeGrand &

    Associates, P.C. Our office represents the Plaintiff in the above captioned

    matter, James Kehoe

2. Pursuant to the Local Rules, on April 9, 2004, our office forwarded the

    attached Plaintiff's Motion to Add Party Defendant to counsel for the

    Defendant, Mi-Jack Products, Inc., via First Class Mail, and to the Agent

    or Authorized Representative of Fantuzzi USA, Inc. via Certified Mail,

    Return Receipt Requested, a copy of proof of mailing and return receipt is

    attached hereto as Exhibit A as well as a copy of Notice of Intent to Add

    Party New Party Defendant Pursuant to Local Rule 15.1 and Certificate of

    Service attached hereto as Exhibit B.

3. Our office has been informed by Defendant Mi-Jack Products, Inc.'s

    counsel that the Defendant did not oppose the Plaintiff's motion.

4.  More than ten (10) days have past since the date the proposed new

    defendant was served in accordance with Federal Rules of Civil Procedure

    Rule 5

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS
21st DAY OF APRIL, 2004

Clarence V. LaBonte III
BBO#641866
JOHN P. LEGRAND
&ASSOCIATES, P.C.
375 Broadway, Suite 2
Somerville, MA 02145
(617) 623-3001





# JOHN P. LEGRAND & ASSOCIATES, P.C.
## ATTORNEYS AT LAW & PROCTORS IN ADMIRALTY

JOHN P. LEGRAND
ERIC STAFFORD
CLARENCE V. LABONTE, III

WINTER HILL
375 BROADWAY, SUITE 2
SOMERVILLE, MA. 02145

(617) 623-3001
FAX: (617) 623-0101
E-MAIL ADDRESS:
LEGRANDLAW@AOL.COM

April 9, 2004

Agent or Authorized Representative of:
Fantuzzi USA, Inc.
999 Oakmont Plaza Drive, Suite 380
Westmont, IL  60559

RE:  James Kehoe v. Mi-Jack Products and Fantuzzi Reggiane
United States District Court for the District of Massachusetts  C.A. No.: 0410232WGY

VIA CERTIFIED MAIL 7003 1010 0005 3182 0191
RETURN RECEIPT REQUESTED

Dear Sir/Madam:

In reference to the above captioned matter and pursuant to the Federal rules of Civil Procedure and District of Massachusetts Rule 15.1, enclosed please find copy of Plaintiff's Motion to Amend Complaint so as to Add Party Defendant which we intend to file on Wednesday April 21, 2004, along with Notice of Intent to Add New Party Pursuant to Local Rule 15.1.

Thank you for your attention to this matter.

Very truly yours,

John P. LeGrand

Encls.
Cc: James P. Donohue, Jr. Esquire (via First Class mail)

CERTIFICATE OF SERVICE


I, John P. LeGrand, Esquire, hereby certify that on April 9, 2004 in compliance with the applicable rules of the Federal Rules of Civil Procedure and Local Rules for the United States District for the District of Massachusetts, I served a true and exact copy of Plaintiff's Motion to amend Complaint so as to Add Party Defendant, via Certified Mail, Return Receipt Requested to the following individual(s):


Agent or Authorized Representative of:
Fantuzzi USA, Inc.
999 Oakmont Plaza Drive, Suite 380
Westmont, IL 60559

And via First Class Mail to:

James P. Donohue, Jr. Esquire
SLOANE AND WALSH
Three Center Plaza
Boston, MA 02108

Plaintiff
By his attorney

John P. LeGrand
BBO#550185
JOHN P. LEGRAND
& ASSOCIATES, P.C.
375 Broadway, Suite 2
Somerville, MA 02145
(617) 623-3001