AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

MASSACHUSETTS

JAMES KEHOE
   Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

MI-JACK PRODUCTS, INC. AND
FANTUZZI REGGIANE
   Defendants

CASE NUMBER:

## 04 10232 WGY

TO: (Name and address of Defendant)

   Agent or Authorized Representative of:
   Fantuzzi Reggiane
   999 Oakmont Plaza Drive, Suite 380
   Westmont, Illinois

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

   John P. LeGrand, Esquire
   JOHN P. LEGRAND & ASSOCIATES, PC
   375 Broadway, Suite 2
   Somerville, Massachusetts 02145
   (617) 623-3001

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS



2-3-04

CLERK

(By) DEPUTY CLERK

DATE

```
TYPE SUM           SHERIFF'S OFFICE OF DUPAGE COUNTY, ILLINOIS           DEPUTY 381

DOCKET #: S2004-119-104534       CASE #: 0410232WGY -001    ORIGIN NUMBER: 999
DATE FILED 02/03/04  DATE RECEIVED 04/28/04  SUSPENDS 00/00/00  # OF WORKSHEETS: 001

DEFENDANT FANTUZZI REGGIANE C/O AGENT OR ANY AUTHORIZED REPRESENTATIVE
           HOME ADDRESS                    WORK ADDRESS
                                           999 OAKMONT PLAZA DRIVE
                                           SUITE 380                         OPERATOR ID
                                           WESTMONT, IL 60559                    DTB


PLAINTIFF KEHOE, JAMES
   SERVICE  OUT OF STATE/ MASSACHUSETTS
   INFO     UNITED STATES DISTRICT COURT/DISTRICT OF MASSACHUSETTS/SUMMONS
            AND JURISDICTION/COMPLAINT


************************************************************************
(A) I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:

____ 1 PERSONAL SERVICE: BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE
       NAMED DEFENDANT PERSONALLY.

____ 2 SUBSTITUTE SERVICE: BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT AT THE
       DEFENDANT'S USUAL PLACE OF ABODE WITH SOME PERSON OF THE FAMILY OR PERSON
       RESIDING THERE, OF THE AGE OF 13 YEARS OR UPWARDS, AND INFORMING THAT
       PERSON OF THE CONTENTS THEREOF. ALSO, A COPY OF THE SUMMONS WAS MAILED TO
       THE DEFENDANT AT THE ABOVE ADDRESS. DATE_____ INITIALS_____

 X  3 SERVICE ON: CORPORATION____ COMPANY____ BUSINESS  ✓  PARTNERSHIP____
       BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE REGISTERED AGENT,
       AUTHORIZED PERSON, OR PARTNER OF THE DEFENDANT.

(B) JOHN E. ZARUBA, SHERIFF, BY: _____Beres #381_____, DEPUTY

    1 SEX  M /F      RACE  W     AGE 28    HT 5'8"   WT 140
    2 WRIT SERVED ON  Brock Irwin          RELATION  mgr

    THIS   6   DAY OF  MAY , 04   TIME  1:41  AM/PM

ADDITIONAL   _____
COMMENTS     _____
             _____

************************************************************************
                      ATTEMPTED SERVICES:     DATE     TIME    AM/PM  DEPUTY#


THE NAMED DEFENDANT WAS NOT SERVED.
        REASON NOT SERVED:                    "OFFICIAL SEAL"
                                              HEATHER B. SHREFFLER
___01 MOVED          ___06 NO SUCH ADDRESS    Notary Public, State of Illinois
___02 NO CONTACT     ___07 EMPLOYER REFUSAL   My Commission Expires 05/02/06
___03 AVOIDING:      ___08 RETURNED BY ATTY
      SEE COMMENTS   ___09 DECEASED
___04 NOT LISTED     ___10 NO LONGER EMPLOYED
___05 WRONG ADDRESS  ___11 OTHER: SEE
                           COMMENTS ABOVE


AMOUNT RECEIVED  49.00    CK
```