UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JAMES KEHOE,<br>        Plaintiff,<br><br>v.<br><br>MI-JACK PRODUCTS, INC,<br>FANTUZZI REGGIANE, AND<br>FANTUZZI USA, INC.<br><br>        Defendants. | )<br>)<br>) CIVIL ACTION NO.<br>) 04-10232NMG<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S, FANTUZZI USA, INC., F.R.C.P RULE 26(a)(1) DISCLOSURE**

      The Defendant, Fantuzzi USA, Inc. ("Defendant"), by and through its counsel, hereby makes the following disclosure pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, reserving the right to supplement and amend, as follows:

I.     Rule 26(a)(1)(A) - <u>Individuals Likely to Have Knowledge of Discoverable Facts</u>

    1.    James Kehoe, 42 Dix Street, Revere, MA 02151;

    2.    Marielen Kehoe, 42 Dix Street, Revere, MA 02151;

    3.    Employees of Columbia Coastal Transport, One Harborside Drive, Ste 200S, Boston, MA 02128-2907;

    4.    Pertinent representatives of Longshoreman's Union Local ILA 1413, 173 Acushnet Avenue, New Bedford, MA 02740-4803;

    5.    Pertinent representatives of Liberty Mutual Insurance Company, 175 Berkeley Street, Boston, MA 02116;

    6.    Pertinent representatives of Continental Insurance Company, 262 Washington Street, 6th Floor, Boston, MA 02108;

    7.    Pertinent representatives of Associated Industries of Massachusetts Mutual Insurance Company, 11 North Avenue, Burlington, MA 01803-0907;

    8.    Pertinent representatives of Hartford Accident and Indemnity Company, 690 Asylum Avenue, Hartford, CT 06115;

    9.    Pertinent representatives of P.W. Marine Services, Northern Avenue Fish Pier, Boston, MA 02210;

    10.    Pertinent representatives of Lappen Auto Supply Co., 94 Liberty Street, Quincy, MA 02169;

    11.    Pertinent representatives of Melrose Wakefield Hospital, 585 Lebanon Street, Melrose, MA 02176;

    12.    Pertinent representatives of East Boston Neighborhood Health Center, 10 Grove Street, East Boston, MA 02128;

    13.    Pertinent representatives of Massachusetts General Hospital, 55 Fruit Street, Boston, MA 02114;

    14.    Pertinent representatives of North Shore Medical Center, 81 Highland Avenue, Salem, MA 01970;

    15.    Pertinent representatives of Lawrence General Hospital, 1 General Street, Lawrence, MA 01842;

    16.    Pertinent representatives of Whidden Memorial Hospital, 103 Garland Street, Everett, MA 02149;

    17.    Pertinent representatives of The MRI Center of New England, 258 West Cummings Park, Woburn, MA 01801;

    18.    Pertinent representatives of North Suburban Orthopedic Associates, 602 Broadway, Everett, MA 02149;

    19.    Pertinent representatives of Cummings Physical Therapy, 425 Revere Street, Revere, MA 02151

    20.    Pertinent representatives of Mi-Jack Products, Inc.,

    21.    Pertinent representatives of Fantuzzi USA, Inc.

II.    Rule 26(a)(1)(B) - <u>Documents and Things in the Possession of Counsel or Party</u>

    1.    Fantuzzi USA, Inc. International Distributor Agreement;

    2.    Operator & Maintenance Manual MJ 450 G4;

    3.    Photographs produced by Plaintiff's counsel;

    4.    Medical Records produced by Plaintiff's counsel.

The Defendant reserves the right to supplement this response as appropriate as discovery progresses in this action.

II.     Rule 26(a)(1)(D) - <u>Insurance</u>

The Defendant is insured under a policy of insurance with the Zurich American Insurance Group, policy #GLO 3373528-01, with a $2,000,000 limit per occurrence limit.

Respectfully submitted,

The Defendant,
Fantuzzi USA, Inc.,
By their attorneys,

**ORIGINAL SIGNATURE ON FILE**
_____
Mark B. Lavoie, BBO# 553204
Christopher W. Costello, BBO# 645936
McDonough, Hacking & Lavoie, LLP
6 Beacon Street, Suite 815
Boston, MA 02108
(617) 367-0808

**CERTIFICATE OF SERVICE**

I, Christopher W. Costello, Esq., hereby certify that on August 24, 2004, I served a copy of the foregoing Disclosure pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, by mailing, postage prepaid, to the following: John P. LeGrand, Esq., John P. LeGrand & Associates, P.C., 375 Broadway, Suite 2, Somerville, MA 02145 and James P. Donohue, Jr., Sloane & Walsh, 3 Center Plaza, Boston, MA 02108.

**ORIGINAL SIGNATURE ON FILE**
_____
Christopher W. Costello, Esq.