# McDONOUGH, HACKING & LAVOIE, LLP

COUNSELLORS AT LAW
6 BEACON STREET, SUITE 815
BOSTON, MASSACHUSETTS 02108

website: www.mhnattys.com

Mark B. Lavoie, Esq.
Direct Dial: (617) 367-3816
email: mlavoie@mhnattys.com

Telephone 617-367-0808
Facsimile 617-367-8307

January 7, 2005

**BY ELECTRONIC FILING
AND REGULAR MAIL**
Civil Clerk's Office
United States District Court
for the District of Massachusetts
U.S. Courthouse
One Courthouse Way
Boston, MA 02110

RE:  James Kehoe v. MI-Jack Products, Inc., Fantuzzi Reggiane,
and Fantuzzi USA, Inc.
U.S.D.C. Civil Action No. 2004-10232NMG

Dear Sir/Madam:

Confirming my secretary's telephone discussion with Judge Gorton's Clerk, Craig Nicewicz, please be advised that counsel have reached agreement as to the handling of depositions and thus the Defendant, Fantuzzi USA, Inc., hereby withdraws its Motion for a Protective Order concerning the deposition of Fantuzzi USA, Inc.

Please do not hesitate to telephone me if you have any questions or comments in this regard.

Very truly yours,

Mark B. Lavoie

MBL:rac
cc:  John P. LeGrand, Esq.
James P. Donohue, Jr., Esq.
Craig Nicewicz, Clerk