FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
C.A. NO.: 04-10232NMG

2005 FEB -7 P 3: 14

U.S. DISTRICT COURT
DISTRICT OF MASS.

JAMES KEHOE
Plaintiff

V.

MI-JACK PRODUCTS, INC.,
FANTUZZI REGGIANE AND
FANTUZZI USA, INC.
Defendants

PLAINTIFF'S CERTIFICATION UNDER LOCAL RULE 16.1

NOW comes the plaintiff in the above captioned matter, James Kehoe, and his attorney, John P. LeGrand, Esquire, and pursuant to Local Rule 16.1 certify that they have conferred with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation, and they have considered and discussed the resolution of this litigation through the use of alternative dispute resolution programs as outlined in Local Rule 16.4.

Plaintiff

*/s/ James Kehoe*

James Kehoe
42 Dix Street
Revere, MA

Plaintiff's Attorney

*/s/ John P. LeGrand*

John P. LeGrand
BBO#550185
375 Broadway, Suite 2
Somerville, MA 02145
(617) 623-3001