UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-10232NMG

| | |
|---|---|
| JAMES KEHOE )<br>    Plaintiff )<br> )<br>vs. )<br> ) **NOTICE OF APPEARANCE OF COUNSEL**<br>MI-JACK PRODUCTS, INC., )<br>FANTUZZI REGGIANE, and )<br>FANTUZZI USA, INC. )<br>    Defendants ) | |

I, Thomas F. Stack, Jr., hereby notify this Honorable Court of my appearance as counsel for the lien holder of Worker's Compensation lien, Liberty Mutual Insurance Company, in the above-captioned matter.

Attorney for Liberty Mutual Insurance Company

_____
Thomas F. Stack, Jr., BBO # 548759
BLACK, CETKOVIC & WHITESTONE
200 Berkeley Street, 16th Floor
Boston, MA 02116
(617) 236-1900

Date: February 17, 2005

## CERTIFICATE OF SERVICE

I, Thomas F. Stack, Jr., hereby certify that I have mailed the foregoing document, postage prepaid, to:

John P. LeGrand, Esquire
John P. LeGrand & Associates, P.C.
375 Broadway, Suite 2
Somerville, MA 02145

James P. Donohue, Jr., Esquire
Sloane & Walsh
3 Center Plaza
Boston, MA 02108

Mark B. Lavoie, Esquire
Christopher W. Costello, Esquire
McDonough, Hacking & Lavoie, LLP
6 Beacon Street, Suite 815
Boston, MA 02108

DATED: 2-17-05

Thomas F. Stack, Jr.
BBO # 548759