# McDONOUGH, HACKING & LAVOIE, LLP

COUNSELLORS AT LAW
6 BEACON STREET, SUITE 815
BOSTON, MASSACHUSETTS 02108

website: www.mhnattys.com

Mark B. Lavoie, Esq.
Direct Dial: (617) 367-3816
email: mlavoie@mhnattys.com

Telephone 617-367-0808
Facsimile 617-367-8307

March 25, 2005

**VIA ELECTRONIC FILING**

Civil Clerk's Office
U.S. District Court
for the District of Massachusetts
U.S. Courthouse
One Courthouse Way
Boston, MA 02110

**RE:** James Kehoe v. MI-Jack Products, Inc., Fantuzzi Reggiane,
and Fantuzzi USA, Inc.
U.S.D.C. Civil Action No. 2004-10232NMG

Dear Sir or Madam:

Enclosed, for docketing and filing, with respect to the above matter please find the following:

1)   Notice of Appearance; and

2)   Notice of Withdrawal.

Thank you for your attention in this regard.

Very truly yours,

Mark B. Lavoie

MBL/cs
enclosures

Civil Clerk's Office
U.S. District Court
for the District of Massachusetts
March 25, 2005
Page 2


cc:
John P. LeGrand, Esq.
John P. LeGrand & Associates, P.C.
375 Broadway, Suite 2
Somerville, MA 02145


James P. Donohue, Jr., Esq.
Sloane & Walsh
3 Center Plaza
Boston, MA 02108

Civil Clerk's Office
U.S. District Court
for the District of Massachusetts
March 25, 2005
Page 3

bcc:
Michael M. Cabonargi, Esq.
Bell, Boyd & Lloyd LLC
Three First National Plaza
70 West Madison Street, Suite 3300
Chicago, IL 60602-4207

Ryan Scheuer
Fantuzzi Noell, NA
999 Oakmont Plaza Drive
Suite 380
Westmont, IL 60559

Henry B. Gurion, Esq.
Vice President/General Counsel
Mi-Jack Products, Inc.
311 West 167th Street
Hazel, Crest, IL 60429

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
04-10232WGY

| | |
|---|---|
| JAMES KEHOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MI-JACK PRODUCTS, INC, | ) |
| FANTUZZI REGGIANE, AND | ) |
| FANTUZZI USA, INC. | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Kindly enter our appearance as counsel for the Defendant, Mi-Jack Products, Inc., with respect to the above-captioned matter.

Respectfully submitted,

The Defendant,
Fantuzzi USA, Inc. and Mi-Jack Products, Inc.
By their attorneys,
**ORIGINAL SIGNATURE ON FILE**
_____
Mark B. Lavoie, BBO #553204
Christopher W. Costello. BBO# 645936
McDonough, Hacking & Lavoie, LLP
6 Beacon Street, Suite 815
Boston, MA 02108
(617) 367-0808

Dated: March 25, 2005

## CERTIFICATE OF SERVICE

      I, Mark B. Lavoie, Esq., hereby certify that on March 25, 2005, I served a copy of the foregoing Notice of Appearance by mailing, postage prepaid,, to the following: John P. LeGrand, Esq., John P. LeGrand & Associates, P.C., 375 Broadway, Suite 2, Somerville, MA 02145 and James P. Donohue, Jr., Sloane & Walsh, 3 Center Plaza, Boston, MA 02108.

                                    **ORIGINAL SIGNATURE ON FILE**
                                    _____
                                    Mark B. Lavoie, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.: 04 10232WGY

| | |
|---|---|
| JAMES KEHOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MI-JACK PRODUCTS, INC. and | ) |
| FANTUZZI REGGIANE | ) |
| | ) |
| Defendants. | ) |

NOTICE OF WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of James P. Donohue, Jr. of Sloane and Walsh, LLP, as counsel for the defendant, Mi-Jack Products, Inc.

Respectfully submitted,

_____
James P. Donohue, Jr., BBO # 555946
SLOANE AND WALSH, LLP
Three Center Plaza
Boston, MA 02108
617-523-6010

Date: March 18, 2005