UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.: 04 10232WGY

| | |
|---|---|
| JAMES KEHOE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| MI-JACK PRODUCTS, INC. and FANTUZZI REGGIANE | ) ) ) ) |
| Defendants. | ) |

NOTICE OF WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of James P. Donohue, Jr. of Sloane and Walsh, LLP, as counsel for the defendant, Mi-Jack Products, Inc.

Respectfully submitted,

*[signature]*
James P. Donohue, Jr., BBO # 555946
SLOANE AND WALSH, LLP
Three Center Plaza
Boston, MA 02108
617-523-6010

Date: March 30, 2005

## CERTIFICATE OF SERVICE

      I, James P. Donohue, Jr., counsel for the defendant, do hereby certify that on this 30th day of March, 2005, I caused the within document(s) to be served on all parties of interest by mailing a copy of same, postage prepaid, first class mail to the following:

John P. LeGrand, Esq.
JOHN P. LEGRAND & ASSOCIATES, P.C.
375 Broadway
Suite 2
Somerville, MA 02145

Mark B. Lavoie, Esq.
McDonough, Hacking & Lavoie, LLP
6 Beacon Street
Suite 815
Boston, MA 02108

_____
James P. Donohue, Jr.