# Commonwealth of Massachusetts
## County of Suffolk
## The Superior Court

CIVIL DOCKET# SUCV2005-03267-A

RE: **Kehoe v Mi-Jack Products Inc et al**

TO: John P LeGrand, Esquire
    LeGrand & Associates
    375 Broadway
    Suite 2
    Winter Hill, MA 02145

## TRACKING ORDER - F TRACK

You are hereby notified that this case is on the **fast (F) track** as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

| STAGES OF LITIGATION | DEADLINE |
| --- | --- |
| Service of process made and return filed with the Court | 11/01/2005 |
| Response to the complaint filed (also see MRCP 12) | 12/31/2005 |
| All motions under MRCP 12, 19, and 20 filed | 12/31/2005 |
| All motions under MRCP 15 filed | 12/31/2005 |
| All discovery requests and depositions completed | 05/30/2006 |
| All motions under MRCP 56 served and heard | 06/29/2006 |
| Final pre-trial conference held and firm trial date set | 07/29/2006 |
| Case disposed | 09/27/2006 |

The final pre-trial deadline is **not the scheduled date of the conference**. You will be notified of that date at a later time.
**Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.**
This case is assigned to session **A** sitting in **CtRm 304, 3 Pemberton Square, Boston** at **Suffolk Superior Court.**

Dated: 08/16/2005

Michael Joseph Donovan
Clerk of the Courts
BY: James P Kelly
Assistant Clerk

Location: CtRm 304, 3 Pemberton Square, Boston
Telephone: 617-788-8107

cvdtracf_2.wpd 2745543 inidoc01 russolis