



Case 1:04-cv-10232-NMG    Document 29-14    Filed 09/01/2005    Page 2 of 2