UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JAMES KEHOE,                                     C.A. NO: 04-10232NMG
    Plaintiff

V.

MI-JACK PRODUCTS, INC.,
FANTUZZI REGGIANE AND
FANTUZZI USA, INC.,
    Defendants

AND

PHILLIP MAROTTA,                                 C.A. NO: 05-10823RWZ
    Plaintiff

V.

MI-JACK PRODUCTS, INC.,
FANTUZZI REGGIANE AND
FANTUZZI USA, INC.,
    Defendants

### AFFIDAVIT OF ATTORNEY JOHN P. LEGRAND PURSUANT TO LOCAL RULE 7.2

1. I am Attorney John P. LeGrand of John P. LeGrand and Associates, P.C. and am counsel on behalf of the above-captioned plaintiffs.

2. I have conferred with all defense counsels relative to the Motion to Stay Proceedings on the Phillip Marotta case, the Motion to Transfer the James Kehoe case and the Motion to Consolidate the James Kehoe, Phillip Marotta and James Whitley cases.

3. Attorney Christopher W. Costello has assented to each of the above-referenced motions on behalf of Fantuzzi USA, Inc and Fantuzzi Reggiane.

4. Attorney James P. Donohue, Jr. is seeking assent from his principle. James P. Donohue, Jr., Esquire anticipates being in a position to give his assent to the above-referenced motions, but must inquire for authority from his principles.

5. Attorneys Christopher A. Kenney and Anthony L. DeProspo, Jr. anticipate having assent available at the Status Conference scheduled for Wednesday, August 24, 2005 at 2:30 p.m. before the Honorable Rya W. Zobel, but at this time must seek authority from their client.

SIGNED AND SWORN TO UNDER THE PAINS AND PENALTIES OF PERJURY THIS 23rd DAY OF AUGUST, 2005.

_____
John P. LeGrand

**CERTIFICATE OF SERVICE**

I, John P. LeGrand, Esquire, attorney for the plaintiff(s), hereby certify that I have served a copy of the within pleading on all parties of record, in hand, on August 23, 2005 to:

James P. Donohue, Jr., Esquire
SLOANE & WALSH
Three Center Plaza
Boston, MA 02108

Mark B. Lavoie, Esquire
Christopher W. Costello, Esquire
MCDONOUGH, HACKING & LAVOIE, LLC
6 Beacon Street, Suite 815
Boston, MA 02108

Christopher A. Kenney, Esquire
Anthony L. DeProspo, Jr., Esquire
SHERIN AND LODGEN, LLP
101 Federal Street
Boston, MA 02110

_____
John P. LeGrand