## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**James Kehoe,**

    **Plaintiff**                                             **CA04-10232-NMG**

    **v.**

**Mi-Jack Products, Inc., et al.,**
    **Defendant**

## ORDER OF TRANSFER
### March 22, 2006

In accordance with the allowance of Plaintiff's Motion to Transfer (Docket No. 29, filed 9/1/05), this matter is transferred to the Superior Court of the Commonwealth of Massachusetts. Phillip Marotta v. Mi-Jack Products, Inc., et al., and James Whitley v. Mi-Jack Products, Inc., et al., are the companion cases filed in Suffolk Superior Court, and are related to the above captioned case.

                                              **/s/ Nathaniel M. Gorton**

                                              **Nathaniel M. Gorton**
                                              **United States District Judge**